IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAN LI,

    Petitioner,                    No. CIV S-08-2739 EFB P

    vs.

MICHAEL B. MUKASEY, et al.,

    Respondents.              <u>ORDER</u>

_____/

    Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

    Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order.

    2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer.

////

1     3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter.

    4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney for the Eastern District of California.  The Clerk shall also serve on the United States Attorney the consent form used in this court.

DATED: June 29, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE